UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>vs.<br>STEVE DAVIDOVICI,<br>            Defendant. | Case No. 2:11-cr-91-KJD-PAL |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>vs.<br>ALI OLYAIE,<br>            Defendant. | Case No. 2:11-cr-54-KJD-VCF<br><br>**O R D E R** |

On July 16, 2012, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the **sealed** Hearing regarding: **Status Hearing,** held on July 16, 2012.

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **David Chesnoff, Esq.** The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

IT IS FURTHER ORDERED that Felicia Zabin, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 16th day of July, 2012.

KENT J. DAWSON
United States District Judge